In the Matter of MICHAEL SHERIFF, Respondent. ABRAHAM K. FLESCHNER et al., as Officers and Directors of ALBERT A. VOLK COMPANY, INC., Appellants.

Argued October 19, 1944; decided November 30, 1944.

*Louis Salant* and *Eli S. Wolbarst* for appellants.

*Herbert J. Jacobi* and *John K. Clark, Jr.,* for respondent.

*Per Curiam.* The pleadings and accompanying papers show sufficient denial of material jurisdictional facts to preclude the granting of a peremptory order of mandamus (*Matter of Wong Wah Yew* v. *Mun Hey Pub. Co.,* 275 N. Y. 615).

The orders should be reversed and the motion denied, with costs to appellants in all courts.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Orders reversed, etc.